

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:     Taylor Morrison of Texas, Inc. and Taylor Woodrow
Communities-League City, Ltd. v. Jack Richard Skufca, Jr. and
Erin Skufca, individually

Appellate case number: 01-20-00638-CV

Trial court case number:     19-CV-1574

Trial court:                56th District Court of Galveston County

Appellants have filed an unopposed motion for leave to file, in this appeal, the clerk's record and supplemental clerk's record from the related appeal of *Taylor Morrison of Texas, Inc. v. Skufca*, 01-19-00943-CV.

The motion is **granted** to the extent that we direct the Clerk of this Court to transfer a copy of the clerk's record and supplemental clerk's record from *Taylor Morrison of Texas, Inc. v. Skufca*, 01-19-00943-CV to this appeal to be part of this appeal's record. As a result, Appellants need not submit written evidence from the trial court clerk that they have paid or arranged to pay the clerk's fee for preparing the clerk's record and supplemental clerk's record. However, Appellants will be required to pay for any additional supplementation of the clerk's record that they request.

It is so ORDERED.


Judge's signature:          /s/ Richard Hightower
                            Acting individually


Date:  October 1, 2020